# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSE MALDONADO-MALDONADO,<br><br>Petitioner,<br><br>v.<br><br>D. COLE, WARDEN, et al,<br><br>Respondents. | Civil No. 19-2402 (JRT/KMM)<br><br>ORDER ON REPORT<br>AND RECOMMENDATION |

Jose Maldonado-Maldonado, Reg. No. 45917-069, Federal Prison Camp, P.O. Box 1000, Duluth, MN 55814, *pro se* petitioner.

Chad Blumenfield, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on December 13, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Mr. Maldonado's Petition **[ECF No. 1]** is **DENIED**.

2. This action should is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2020          s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                                             Chief Judge
                                             United States District Court